# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00394-CV

**Bonnie Carter, individually, and on behalf of J. C., a minor; Scott Carter, individually, and on behalf of J. C., a minor; Eleanor Draughn; Andrew Draughn and Susan Draughn, Appellants**

**v.**

**Dustin McManus, Ramzi Abbyad, Jason Nuckolls, Travis McLemore, and Tyler Hunkin, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GN-04-003460, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The judgment appealed from is not final because it does not dispose of all issues in the cause below. Counsel for the Draughn appellants has requested that we abate this appeal while they seek a severance of the matters appealed from those pending in the cause below. We grant the motion and abate the appeal until further order of this Court.

_____

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Pemberton and Waldrop

Abated

Filed: September 22, 2006